DANIEL A. BACON 065099
ANGELICA I. AMBROSE 299543
ATTORNEYS AT LAW
2445 CAPITOL STREET, SUITE 160A
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 412-4420

ATTORNEYS FOR YOUSEF DAHIF ALLA AEZAH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:16 CR 00107 DAD-BAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO MODIFY TERMS OF RELEASE |
| vs. | ) | |
| YOUSEF DAHIF ALLA AEZAH. | ) | |
| Defendant. | ) | |

      IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record, namely PHILLIP A. TALBERT, United States Attorney, by GRANT RABEEN, Assistant United States Attorney, for the plaintiff, and DANIEL A. BACON, Attorney at Law, for defendant YOUSEF DAHIF ALLA AEZAH, that the conditions of release ordered by the court in this matter are amended as follows:

      That the conditions in 7(c) shall be amended to restrict travel to the Eastern and Central Districts of California, with all other conditions of release not in conflict remaining in full force and effect. This modification has been approved by Pretrial Services.

Dated: February 27, 2017.        PHILLIP A. TALBERT, U.S. Attorney
                                         By: /s/ Grant Rabeen
                                         GRANT RABEEN, Assistant U.S. Attorney
                                         Attorney for Plaintiff

Dated: February 27, 2017..       /s/ Daniel A. Bacon
                                         DANIEL A. BACON, Attorney for Defendant

IT IS SO ORDERED.

Dated: **February 22, 2017**        /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE