McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:16-CR-00107-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| YOUSEF DAHIFALLA AEZAH, ADHIM DAHIFALLA AEZAH, and DIRAR DAHIFALLA AEZAH, | |
| Defendants. | |

Based upon the plea agreement entered into between plaintiff United States of American and defendants Yousef Dahifalla Aezah, Adhim Dahifalla Aezah, and Dirar Dahifalla Aezah, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1.  Pursuant to 21 U.S.C. § 853(a), defendants' Yousef Dahifalla Aezah, Adhim Dahifalla Aezah, and Dirar Dahifalla Aezah's interests in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.  Approximately $949,073.31 seized from Wells Fargo Bank account number 1737876043, held in the name of Yousef D. Aezah dba YDA Solutions;

    b.  Approximately $201,205.00 in U.S. Currency;

    c.  Approximately $94,880.00 in U.S. Currency;

    d.  Approximately $10,700.00 in U.S. Currency;

PRELIMINARY ORDER OF FORFEITURE     1

    e.  Approximately $8,800.00 in U.S. Currency;

    f.  TDP-5 Pill Press;

    g.  2014 Toyota Tacoma Truck, California License Plate 7R65524, VIN: 3TMJU4GN1EM165769; and

    h.  2015 Toyota Camry, No License Plate, VIN: 4T1BF1FK4FU918269.

  2.  The above-listed property constitutes or is derived from any proceeds obtained by the defendant, directly or indirectly, and is property used, intended to be used, in any manner or part, to commit, or to facilitate the commission of, or was in a conspiracy to commit, a violation of 21 U.S.C. § 856(a).

  3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshal Service, in its secure custody and control.

  4.  a.  Pursuant to 21 U.S.C. Section 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier. 21 U.S.C. § 853(n)(2).

  5.  The government, in its discretion, shall conduct discovery, including written discovery, the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules

of Criminal Procedure.

6. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. Section 853(a), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **April 27, 2018**

_____
UNITED STATES DISTRICT JUDGE