DANIEL A. BACON 065099
LAW OFFICES OF DANIEL A. BACON
2445 Capitol Street, Suite 160A
Fresno, California 93721
Telephone: (559) 412-4420

Attorney for YOUSEF DAHIFALLA AEZAH,
    ADHIM DAHIFALLA AEZAH, and
    DIRAR DAHIFALLA AEZAH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16 CR 00107 DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO RELEASE COLLATERAL SECURING PROPERTY BOND |
| vs. | |
| YOUSEF DAHIFALLA AEZAH, ADHIM DAHIFALLA AEZAH, and DIRAR DAHIFALLA AEZAH, | |
| Defendants. | |

    It is hereby stipulated by and between the parties, defendants Yousef Dahifalla Aezah, Adhim Dahifalla Aezah, and Dirar Dahifalla Aezah, through their attorney, Daniel A. Bacon, and plaintiff United States of America, through Assistant U.S. Attorney Grant Rabenn, that the property owned by David A. Aezah, legally described in Exhibit A attached hereto and by this reference incorporated herein, can be released by the Clerk of the United States District Court for the Eastern District of California as collateral for the property bond release of Yousef Dahifalla Aezah.

    Executed this 3rd day of June, 2019, at Fresno, California.

                                    /s/ Daniel A. Bacon
                                    DANIEL A. BACON, Attorney for Defendants

    Executed this 3rd day of June, 2019, at Fresno, California.

                                    /s/ Grant Rabenn
                                    GRANT RABENN
                                    Assistant United States Attorney

**ORDER**

Based upon the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Clerk of the United States District Court for the Eastern District of California shall issue a Deed of Reconveyance and thereby release the property owned by David A. Aezah, legally described in Exhibit A attached hereto, to its owner, David A. Aezah. This Deed of Reconveyance shall release the security and collateral established by that Deed of Trust with Assignments of Rents recorded with the Kern County Recorder on August 5, 2016 as Document No. 0216103303.

IT IS SO ORDERED.

Dated: **June 5, 2019**

UNITED STATES MAGISTRATE JUDGE

EXHIBIT A

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF BAKERSFIELD, COUNTY OF KERN, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 13 OF TRACT NO. 5950 UNIT A, IN THE CITY OF BAKERSFIELD, COUNTY OF KERN, STATE OF CALIFORNIA, AS PER MAP RECORDED SEPTEMBER 10, 1999 IN BOOK 45, PAGE 51 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM AN UNDIVIDED 1/3 OF ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES IN, UNDER OR THAT MAY BE PRODUCED FROM SAID LAND, AS RESERVED BY DOROTHY LOUSTALOT, A WIDOW, IN DEEDS RECORDED NOVEMBER 16, 1976 IN BOOK 4990, PAGES 1806 AND 1807, BOTH OF OFFICIAL RECORDS.

ANY AND ALL RIGHT OF SURFACE ENTRY ABOVE A DEPTH OF 500 FEET IN AND TO SAID LAND WAS QUITCLAIMED TO THE SURFACE OWNER THEREOF BY DEED RECORDED AUGUST 5, 1983 IN BOOK 5576, PAGES 2113 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM AN UNDIVIDED 2/3RDS INTEREST OF ALL OIL, GAS, AND OTHER MINERALS, WITHIN OR UNDERLYING SAID LAND, OR THAT MAY BE PRODUCED AND SAVED THEREFROM, PROVIDING, HOWEVER, GRANTOR, HIS SUCCESSORS AND ASSIGNS, SHALL NOT CONDUCT DRILLING OR OTHER OPERATIONS UPON THE SURFACE OF SAID LAND, BUT NOTHING HEREIN CONTAINED SHALL BE DEEMED TO PREVENT THE GRANTOR, HIS SUCCESSORS AND ASSIGNS, FROM EXTRACTING OR CAPTURING SAID MINERALS BY DRILLING ON ADJACENT OR NEIGHBORING LANDS AND/OR FROM CONDUCTING SUB-SURFACE DRILLING OPERATIONS UNDER SAID LANDS AT A DEPTH OF 500 FEET BELOW THE SURFACE OF SAID LAND, SO AS NOT TO DISTURB THE SURFACE OF SAID LAND OR ANY IMPROVEMENTS THEREON, AS RESERVED BY, MARIE LOUSTALOT OVERTON, A WIDOW, ET AL IN DEED RECORDED AUGUST 5, 1983 IN BOOK 5576, PAGE 2114 OF OFFICIAL RECORDS.

APN: 514-290-13